JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HYUN YOUNG LEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SELECT PORTFOLIO SERVICING INC., and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.:  CV 14-7849-GW(AGRx)<br><br>**JUDGMENT** |

This matter comes before the Court on *defendant* Select Portfolio Servicing, Inc.'s ("Defendant") *Motion for Summary Judgment* (the "Motion"). Having reviewed the Motion, supporting evidence, and all related filings, and considered the arguments made by the parties, and for the reasons discussed more fully in the Court's *Order Granting Motion for Summary Judgment*,

**IT IS ORDERED** that summary judgment is hereby entered in favor of Defendant and against *plaintiff* Hyun Young Lee.

Dated: February 5, 2015

_____
HON. GEORGE H. WU
United States District Judge

1
**JUDGMENT**

530262.1